| INN - PROB 22 Rev. 05/04 | | DOCKET NUMBER *(Tran. Court)* 0755 2:06CR00070 |
| --- | --- | --- |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Rita Denise Hemphill | Northern District Of Indiana | Hammond |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Judge Rudy Lozano | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM  04/19/2007  TO  04/18/2010 |

**RECEIVED** OCT 12 2007 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

| OFFENSE |
| --- |
| BANK FRAUD - Title: 18:1344 and 2 |

MAGISTRATE JUDGE COX

**FILED** IN October 23, 2007 OCT 23 2007

07CR 695

JUDGE GETTLEMAN

MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE          Northern District Of Indiana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the     Northern District of Illinois     upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____10/4/07_____          _____
Date                                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE       Northern       DISTRICT       Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

OCT 23 2007
_____          _____
Effective Date                                  United States District Judge