UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. **07 CR 0695** |
| v. | ) | |
| RITA HEMPHILL | ) | Judge Robert Gettleman |
| | ) | |

## **ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                                        Respectfully submitted,

                                        PATRICK J. FITZGERALD
                                        United States Attorney

By:    /s/Benjamin Langner
          BENJAMIN LANGNER
          Assistant United States Attorney
          219 South Dearborn Street
          Chicago, Illinois 60604
          (312) 353-2817

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**ATTORNEY DESIGNATION**

were served on April 15, 2008 in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers

/s/ BENJAMIN LANGNER
BENJAMIN LANGNER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-2817